[No. 43103-0-I.    Division One.    October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROCKY M.
PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00832-6, Charles W. Mertel, J., entered
July 6, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43253-2-I.    Division One.    October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE
DOMETRI JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-03665-8, Patricia Clark, J., entered August
21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 43307-5-I.    Division One.    October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE PEREZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-00157-1, Ronald L. Castleberry,
J., entered August 13, 1998. *Affirmed* by unpublished per
curiam opinion.

[No. 43415-2-I.    Division One.    October 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 98-1-00192-4, Susan K. Cook, J., entered
August 27 and September 4, 1998. *Affirmed* by unpublished
per curiam opinion.